McKNIGHT, ALAN

Claim 000001, Payment 0.82%
Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Acct. 6251

**1939930**

PAY TO THE ORDER OF

United States Bankruptcy Court
LA
500 Poydras St. B-601
New Orleans, LA 70130

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

10-12456

**BANK OF AMERICA, N.A.** CHECK NUMBER

32-1/1110 TX
0

**1004**

DATE | AMOUNT

09/01/11   ***********3.97

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 10-12456 | A | Debtor: MCKNIGHT, ALAN |

Three Dollars And 97/100

Barbara Rivera-Fulton

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆0000121⑆ 4437980090⑈

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
    NEW ORLEANS DIVISION

#  229051    - KW
 * * C O P Y * *
 September 06, 2011
        15:20:35


    UNC.UNDER$25
       10--12456
Debtor.: ALAN MCKNIGHT
Trustee: Barbara Rivera-Fulton
Amount.:           $3.97 CH
Check#.: 1004




Total->  $3.97



FROM: RIVERA FULTON
```

Deposited 9/6/11 to
106000
Due:
Chase Bank
CVogel